# EXHIBIT 5

# AIPLA

# 2017 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, Virginia 22202
www.aipla.org



# Report of the Economic Survey 2017

**Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee**

**Donika P. Pentcheva, Chair
Frank L. Gerratana, Vice Chair**

**June 2017**

**Prepared by:**



**910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com**

**Average hourly billing rate in 2016 (Q30)**

*Private Firm, Partner*

| | | Average hourly billing rate in 2016 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 331 | $503 | $301 | $373 | $450 | $580 | $799 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $327 | ISD | $250 | $330 | $375 | ISD |
| | 7-9 | 11 | $382 | $256 | $300 | $350 | $445 | $690 |
| | 10-14 | 43 | $381 | $297 | $315 | $365 | $421 | $517 |
| | 15-24 | 131 | $498 | $321 | $375 | $450 | $600 | $750 |
| | 25-34 | 85 | $553 | $348 | $400 | $490 | $675 | $900 |
| | 35 or More | 55 | $575 | $348 | $420 | $525 | $700 | $962 |
| Location | Boston CMSA | 13 | $632 | $295 | $410 | $700 | $800 | $994 |
| | NYC CMSA | 26 | $582 | $386 | $433 | $540 | $705 | $930 |
| | Philadelphia CMSA | 13 | $578 | $328 | $450 | $550 | $738 | $884 |
| | Washington, DC CMSA | 52 | $535 | $346 | $400 | $470 | $681 | $818 |
| | Other East | 12 | $397 | $250 | $350 | $390 | $483 | $528 |
| | Metro Southeast | 12 | $481 | $268 | $365 | $438 | $510 | $950 |
| | Other Southeast | 12 | $384 | $305 | $341 | $363 | $424 | $525 |
| | Chicago CMSA | 24 | $562 | $380 | $453 | $522 | $640 | $895 |
| | Minne.-St. Paul PMSA | 13 | $484 | $280 | $358 | $425 | $598 | $763 |
| | Other Central | 70 | $398 | $290 | $320 | $378 | $446 | $593 |
| | Texas | 32 | $606 | $334 | $413 | $528 | $819 | $900 |
| | Los Angeles CMSA | 7 | $575 | ISD | $400 | $525 | $770 | ISD |
| | San Francisco CMSA | 13 | $634 | $401 | $478 | $525 | $798 | $1,022 |
| | Other West | 32 | $417 | $300 | $318 | $390 | $469 | $578 |
| IP Technical Specialization (>=50%) | Biotechnology | 19 | $551 | $285 | $370 | $420 | $750 | $950 |
| | Chemical | 28 | $433 | $299 | $350 | $420 | $500 | $630 |
| | Computer Hardware | 5 | $669 | ISD | $413 | $700 | $910 | ISD |
| | Computer Software | 33 | $493 | $309 | $353 | $450 | $535 | $783 |
| | Electrical | 25 | $518 | $318 | $350 | $450 | $673 | $840 |
| | Mechanical | 71 | $446 | $303 | $350 | $400 | $513 | $634 |
| | Medical/ Health Care | 15 | $450 | $298 | $380 | $400 | $550 | $564 |
| | Pharmaceutical | 9 | $786 | ISD | $500 | $900 | $1,025 | ISD |
| Age | Younger than 35 | 3 | $367 | ISD | ISD | $350 | ISD | ISD |
| | 35-39 | 22 | $354 | $250 | $300 | $348 | $405 | $457 |
| | 40-44 | 37 | $471 | $299 | $335 | $390 | $600 | $750 |
| | 45-49 | 52 | $474 | $300 | $350 | $423 | $528 | $791 |
| | 50-54 | 84 | $490 | $315 | $390 | $450 | $550 | $785 |
| | 55-59 | 52 | $535 | $344 | $389 | $478 | $593 | $900 |
| | 60 or Older | 79 | $573 | $373 | $420 | $525 | $700 | $950 |
| Gender | Male | 284 | $504 | $315 | $375 | $450 | $575 | $790 |
| | Female | 43 | $485 | $300 | $330 | $425 | $605 | $846 |
| Highest Non-Law Degree | Bachelor's Degree | 219 | $495 | $310 | $365 | $440 | $565 | $795 |
| | Master's Degree | 69 | $542 | $300 | $398 | $500 | $690 | $850 |
| | Doctorate Degree | 29 | $481 | $300 | $340 | $450 | $600 | $785 |
| Ethnicity | White/Caucasian | 293 | $503 | $300 | $374 | $450 | $578 | $800 |
| | Hispanic/Latino | 6 | $486 | ISD | $303 | $483 | $668 | ISD |
| | Asian/Pacific Islander | 14 | $533 | $325 | $393 | $505 | $620 | $848 |
| | Other | 5 | $516 | ISD | $333 | $375 | $770 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 33 | $380 | $250 | $300 | $350 | $410 | $530 |
| | 3-5 | 59 | $414 | $300 | $360 | $390 | $450 | $535 |
| | 6-10 | 46 | $446 | $300 | $350 | $425 | $531 | $604 |
| | 11-25 | 67 | $447 | $300 | $350 | $400 | $500 | $604 |
| | 26-50 | 38 | $517 | $314 | $418 | $495 | $568 | $754 |
| | 51-100 | 46 | $622 | $379 | $450 | $568 | $789 | $950 |
| | 101-150 | 18 | $634 | $401 | $475 | $615 | $756 | $853 |
| | More than 150 | 20 | $837 | $603 | $669 | $825 | $984 | $1,095 |

## Average hourly billing rate in 2016 (Q30)

*Private Firm, Associate*

| | | Average hourly billing rate in 2016 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 186 | $386 | $225 | $274 | $340 | $475 | $606 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 39 | $314 | $205 | $250 | $280 | $360 | $525 |
| | 5-6 | 32 | $312 | $220 | $246 | $278 | $339 | $509 |
| | 7-9 | 36 | $442 | $273 | $325 | $378 | $578 | $685 |
| | 10-14 | 30 | $377 | $250 | $274 | $343 | $424 | $618 |
| | 15-24 | 29 | $439 | $300 | $323 | $450 | $498 | $650 |
| | 25-34 | 11 | $485 | $269 | $375 | $480 | $575 | $800 |
| | 35 or More | 5 | $601 | ISD | $418 | $640 | $765 | ISD |
| Location | Boston CMSA | 14 | $479 | $235 | $321 | $505 | $593 | $738 |
| | NYC CMSA | 14 | $461 | $205 | $316 | $413 | $610 | $775 |
| | Philadelphia CMSA | 3 | $338 | ISD | ISD | $340 | ISD | ISD |
| | Washington, DC CMSA | 37 | $452 | $278 | $323 | $400 | $555 | $700 |
| | Other East | 10 | $334 | $205 | $288 | $325 | $389 | $487 |
| | Metro Southeast | 8 | $343 | ISD | $269 | $343 | $369 | ISD |
| | Other Southeast | 4 | $300 | ISD | $228 | $316 | $358 | ISD |
| | Chicago CMSA | 7 | $351 | ISD | $275 | $310 | $475 | ISD |
| | Minne.-St. Paul PMSA | 10 | $294 | $165 | $239 | $270 | $351 | $466 |
| | Other Central | 33 | $283 | $215 | $233 | $260 | $316 | $387 |
| | Texas | 12 | $435 | $253 | $328 | $415 | $565 | $682 |
| | Los Angeles CMSA | 5 | $412 | ISD | $320 | $370 | $525 | ISD |
| | San Francisco CMSA | 4 | $476 | ISD | $413 | $488 | $529 | ISD |
| | Other West | 25 | $385 | $223 | $250 | $365 | $475 | $632 |
| IP Technical Specialization (>=50%) | Biotechnology | 8 | $496 | ISD | $364 | $468 | $656 | ISD |
| | Chemical | 16 | $326 | $216 | $231 | $313 | $344 | $516 |
| | Computer Hardware | 4 | $366 | ISD | $249 | $310 | $540 | ISD |
| | Computer Software | 30 | $385 | $223 | $271 | $358 | $464 | $569 |
| | Electrical | 15 | $355 | $209 | $260 | $325 | $400 | $560 |
| | Mechanical | 48 | $334 | $220 | $250 | $333 | $400 | $475 |
| | Medical/ Health Care | 5 | $379 | ISD | $250 | $375 | $510 | ISD |
| | Pharmaceutical | 9 | $424 | ISD | $283 | $380 | $570 | ISD |
| Age | Younger than 35 | 41 | $317 | $201 | $243 | $300 | $355 | $519 |
| | 35-39 | 55 | $387 | $226 | $260 | $335 | $505 | $632 |
| | 40-44 | 27 | $374 | $222 | $260 | $325 | $470 | $650 |
| | 45-49 | 24 | $397 | $225 | $311 | $393 | $490 | $575 |
| | 50-54 | 11 | $421 | $317 | $325 | $340 | $455 | $792 |
| | 55-59 | 11 | $439 | $242 | $300 | $450 | $575 | $670 |
| | 60 or Older | 15 | $506 | $307 | $375 | $475 | $640 | $788 |
| Gender | Male | 146 | $385 | $240 | $275 | $340 | $463 | $600 |
| | Female | 38 | $388 | $200 | $250 | $350 | $504 | $651 |
| Highest Non-Law Degree | Bachelor's Degree | 115 | $380 | $220 | $260 | $325 | $475 | $608 |
| | Master's Degree | 52 | $387 | $240 | $285 | $350 | $450 | $629 |
| | Doctorate Degree | 15 | $425 | $238 | $315 | $375 | $565 | $663 |
| Ethnicity | White/Caucasian | 157 | $379 | $240 | $275 | $335 | $458 | $600 |
| | Asian/Pacific Islander | 13 | $454 | $205 | $298 | $460 | $593 | $665 |
| | Blended | 3 | $498 | ISD | ISD | $400 | ISD | ISD |
| | Other | 3 | $258 | ISD | ISD | $225 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 5 | $241 | ISD | $197 | $225 | $293 | ISD |
| | 3-5 | 13 | $377 | $220 | $250 | $380 | $475 | $552 |
| | 6-10 | 22 | $314 | $210 | $250 | $313 | $353 | $435 |
| | 11-25 | 36 | $350 | $224 | $253 | $318 | $400 | $551 |
| | 26-50 | 35 | $381 | $240 | $290 | $340 | $425 | $605 |
| | 51-100 | 30 | $440 | $260 | $314 | $430 | $516 | $673 |
| | 101-150 | 22 | $360 | $263 | $275 | $333 | $419 | $558 |
| | More than 150 | 18 | $554 | $318 | $449 | $583 | $658 | $733 |