IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Theodore Parisienne,                      Case No. 3:23 CV 150

          Plaintiff,                   ORDER GRANTING
                                       <u>DEFAULT JUDGMENT</u>

    -vs-
                                       JUDGE JACK ZOUHARY

Kollege Kidd LLC,

          Defendant.

This matter came before this Court on Plaintiff Theodore Parisienne's ("Plaintiff") Motion for Entry of a Default Judgment against Defendant Kollege Kidd LLC ("Defendant" or "Kollege Kidd") under Federal Civil Rule 55(b)(2) (Doc. 14).

Plaintiff filed his Motion for Entry of Default Judgment (Doc. 14) seeking $17,500.00 in statutory damages for copyright infringement, $3,800.00 in attorneys' fees, and $476.00 in costs plus interest.

Defendant has not filed any opposition to Plaintiff's application for default judgment. This Court held a Zoom hearing for Plaintiff's Motion on July 26, 2023. Counsel Joshua Vera for Plaintiff was present; Defendant failed to appear. (Court Reporter: Angela Nixon).

Plaintiff's Motion (Doc. 14) is GRANTED pursuant to Federal Civil Rule 55(b)(2). This Court finds Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work.

Defendant shall pay $17,500.00 in statutory damages under 17 U.S.C. § 504(c).

Defendant shall pay $3,800.00 in attorneys' fees and $442.00 in costs pursuant to 17 U.S.C. § 505 and Federal Civil Rule 54(d).

Pursuant to 17 U.S.C. § 502(a), Defendant is enjoined from continuing to store and display Plaintiff's photograph as is set forth in the Complaint.

Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961.

This Court retains jurisdiction over any matter pertaining to this judgment.

This case is dismissed, and the Clerk of the Court shall remove it from the docket of this Court.

This is a final appealable order. See Federal Appellate Rule 4(a).

IT IS SO ORDERED.

                                             *s/ Jack Zouhary*
                                             JACK ZOUHARY
                                             U. S. DISTRICT JUDGE

                                             August 1, 2023